IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ALEXANDO PUMPHREY,

   Petitioner,

    v.

GDC - DEKALB COUNTY
PROBATION, et al.,

   Respondent.

CIVIL ACTION FILE
NO. 1:14-CV-2413-TWT

**ORDER**

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 6] of the Magistrate Judge recommending that the action be dismissed without prejudice for failure to exhaust state remedies. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED. A Certificate of Appealability is DENIED.

SO ORDERED, this 9 day of October, 2014.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge